IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORHTERN DIVISION

| | |
|---|---|
| PHYLLIS McVEIGH, #234 656, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CASE NO. 2:21-CV-87-RAH-JTA |
| | ) |
| ALABAMA DEPARTMENT OF | ) |
| PARDONS AND PAROLE, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

On February 8, 2021, the Magistrate Judge filed a Recommendation to which no timely objection has been filed. (Doc. 5.) There being no objection filed to the Recommendation, and after an independent review of the file, it is hereby

ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. Plaintiff's Motion for Class Certification (*see* Doc. 1, pp. 7-8) is DENIED.

This case is not closed and is referred to the United States Magistrate Judge for further proceedings.

DONE, this 1st day of March, 2021.

/s/ R. Austin Huffaker, Jr.
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE